IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHNTEL DUWAYNE BOLDEN,

     Appellant,

 v.

Case No.  5D22-1435
LT Case No. 2020-305477-CFDB

STATE OF FLORIDA,

     Appellee.
_____/

Opinion filed December 2, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

In this *Anders*[1] appeal, we affirm the judgment and sentences imposed by the trial court with one exception. We remand for the court to correct an error in the final judgment assessing costs to show that the $100 cost of investigation is payable to the Daytona Beach Police Department, as orally pronounced by the trial court during sentencing and as agreed to by Appellant. The current cost judgment inadvertently reflects that this assessment is owed to the Volusia County Sheriff's Office.

AFFIRMED; REMANDED to enter a corrected final judgment for costs.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).